986

No. 79-6382.   Scott, Administratrix v. Lane.   Sup. Ct. Va.   Certiorari denied.

No. 79-6401.   Rice v. Pennsylvania.   Sup. Ct. Pa.   Certiorari denied.

No. 79-6402.   Shird v. Warden, Maryland Correctional Institution.   C. A. 4th Cir.   Certiorari denied.

No. 79-6405.   Davis v. New York.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 79-6408.   Nunn v. California.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 79-6409.   Stevens v. North Carolina.   C. A. 4th Cir.   Certiorari denied.

No. 79-6414.   Harris v. Garrison et al.   C. A. 4th Cir. Certiorari denied.

No. 79-6416.   Doe v. Anker et al.   C. A. 2d Cir.   Certiorari denied.

No. 79-6420.   Henderson v. Lane, Warden.   C. A. 7th Cir.   Certiorari denied.

No. 79-6464.   Brissette v. Macchiarola, Chancellor, New York City Board of Education.   C. A. 2d Cir.   Certiorari denied.

No. 79-6480.   Bullock v. United States.   C. A. 7th Cir. Certiorari denied.

No. 79-6492.   Morgan v. North Carolina.   Sup. Ct. N. C.   Certiorari denied.

No. 79-6497.   Goodwin v. United States.   C. A. 8th Cir. Certiorari denied.